■ ANNA SIOLA, as Administratrix of the Estate of FRANK SIOLA, Deceased, Appellant, v. NIAGARA JUNCTION RAILWAY Co., Respondent.— Order reversed as matter of discretion, without costs of this appeal to either party, and motion granted, without costs. Memorandum: In our opinion the Special Term improvidently exercised its discretion in denying the motion. All concur. (Appeal from an order of Niagara Special Term, denying plaintiff's motion for an order vacating a dismissal of the action and its restoration to the day calendar for trial.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ KENNETH CORBIN, Appellant, v. NIAGARA JUNCTION RAILWAY COMPANY, Respondent.— Order reversed, with $10 costs and disbursements and plaintiff's motion granted, without costs and defendant's motion denied, without costs. Memorandum: Special Term, in granting plaintiff's motion after service of a summons to examine an officer of the defendant for the purpose of enabling plaintiff· to frame a complaint, provided that his time to serve was extended until 20 days after the taking and filing of such deposition. This proviso, of course, was a shield to protect plaintiff from a dismissal of the action for failure to serve the pleading. The fact that plaintiff saw fit to serve a complaint while an appeal was pending in this court from the order granting the examination did not destroy the protection given by the extension of time contained in the order. The contention of respondent that thereby plaintiff abandoned the protective feature of the order and laid himself open to a motion to dismiss for failure to serve the complaint is without substance or validity. All concur. (Appeal from an order of Niagara Special Term granting defendant's motion to dismiss plaintiff's complaint and denying without prejudice plaintiff's motion to compel defendant to accept service of the complaint.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ MYRTLE M. BARRETT, Respondent, v. CARL HAAG et al., Appellants, et al., Defendant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Erie Special Term denying defendants' motion for a separate and prior trial of the alleged issue of release.) Present — Kimball, J. P., Williams, Bastow, Goldman and Halpern, JJ.

■ In the Matter of JOHN F. KOPCZYNSKI, Individually as a Director and on Behalf of Himself and all Other Stockholders of PIVOT PUNCH & DIE CORPORATION, Similarly Situated, Appellant, against ROLAND P. CERCONE et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ RALPH ALBANO et al., Appellants, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1, TOWNS OF GATES AND CHILI, et al., Respondents. RALPH ALBANO et al., Appellants, v. BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 1, TOWNS OF GATES AND CHILI, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.